# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand and sixteen.

_____

Orlando Soto, Conservator of Est of Israel Soto,

        Plaintiff - Appellee,

v.

Joseph Gaudett, Chf, I/O, Martin Heanue, Ofcr, I/O, Damien Cecch, Chris Robinson, Ofcr, I/O, Christopher Stepniewski, Ofcr, I/O, Jane Doe, Ofcr, I/O, John Doe, City of Bridgeport,

        Defendants - Appellants.

_____

**ORDER**

Docket No. 15-3764

Appellants move for an extension until July 16, 2016 (a Saturday) to file the reply brief.

IT IS HEREBY ORDERED that Appellants are granted an extension until July 18, 2016.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court